IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00009-WDM-MEH

GANG XU and
LUNNA TANG

      Plaintiffs,

v.

ALBERTO GONZALEZ, Attorney General of the United States of America;
DEPARTMENT OF HOMELAND SECURITY;
MICHAEL CHERTOFF, Secretary, Department of Homeland Security;
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;
EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services;
UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES NEBRASKA SERVICE CENTER;
GERARD HEINAURER, Director, USCIS Nebraska Service Center;
ROBERT S. MUELLER, Director, Federal Bureau of Investigation;
FEDERAL BUREAU OF INVESTIGATION; and
THE UNITED STATES OF AMERICA;

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, March 21, 2007.**

      The parties' Joint Motion for a Briefing Schedule in Lieu of Scheduling Order and Conference [Filed March 20, 2007; Docket #8] is **granted**. The Scheduling Conference set for April 12, 2007, is **vacated**, as are all other discovery related deadlines. The briefing schedule submitted by the parties, and already permissible under the federal rules, is approved.