IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00009-WDM-MEH

GANG XU and
LUNNA TANG

      Plaintiffs,

v.

ALBERTO GONZALEZ, Attorney General of the United States of America;
DEPARTMENT OF HOMELAND SECURITY;
MICHAEL CHERTOFF, Secretary, Department of Homeland Security;
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;
EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services;
UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES NEBRASKA SERVICE CENTER;
GERARD HEINAURER, Director, USCIS Nebraska Service Center;
ROBERT S. MUELLER, Director, Federal Bureau of Investigation;
FEDERAL BUREAU OF INVESTIGATION; and
THE UNITED STATES OF AMERICA;

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, April 30, 2007.**

The Joint Motion for a Brief Stay [Filed April 26, 2007; Docket #17] is **granted**. The briefing on Defendants' Motion to Dismiss is temporarily stayed to allow USCIS time to complete Plaintiffs' applications for immigration benefits.

The parties shall file a joint status report on or before May 30, 2007, indicating whether this case will be settled or whether Defendants intend to file a Reply in support of their Motion to Dismiss.